IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DENNIS SMITH**                                                                           PLAINTIFF

v.                                    No. 4:25-cv-973-DPM

**FLIS ENTERPRISES**                                                                      DEFENDANT

ORDER

1.  Smith's application to proceed *in forma pauperis*, Doc. 1, is granted. He reports living on disability income.

2.  The Court must screen his complaint. 28 U.S.C. § 1915(e)(2). In February 2025, Smith was waiting in the drive through line of a Burger King in North Little Rock. Three employees approached his car. *Doc. 2 at 2 & 8*. One of them pulled Smith from the car and punched him in the face. Smith has sued the restaurant's owner.

Smith's complaint does not establish that this Court has subject matter jurisdiction. The Court assumes that Smith is proceeding under the diversity statute, 28 U.S.C. § 1332(a). He seeks $350,000 in damages; the amount-in-controversy requirement is therefore satisfied. Smith is an Arkansawyer. But he has not pleaded facts about FLIS Enterprise's citizenship. The Court needs to know that company's state of incorporation and principal place of business. Then the Court can assess whether complete diversity of citizenship exists between the

parties in this case. *Sanders v. Clemco Industries*, 823 F.2d 214, 216 (8th Cir. 1987).

    3.    Smith must file an amended complaint with these corporate details about FLIS Enterprises by 14 November 2025. If he does not, the Court will dismiss his case without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 October 2025