IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DENNIS SMITH                                                                                       PLAINTIFF

v.                                         No. 4:25-cv-973-DPM

FLIS ENTERPRISES                                                                            DEFENDANTS

## ORDER

Smith failed to amend his complaint as ordered; and the time to do so has passed. *Doc. 3.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 November 2025