IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DENNIS SMITH                                                                PLAINTIFF

v.                              No. 4:25-cv-973-DPM

FLIS ENTERPRISES                                                       DEFENDANTS

## JUDGMENT

Smith's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 November 2025